JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATIA PARKER MODIA,<br><br>               Plaintiff,<br><br>     v.<br><br>ALLSTATE NORTHBROOK<br>INDEMNITY COMPANY, et al.,<br><br>               Defendants. | Case No.  CV 23-4939-GW-BFMx<br><br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: January 9, 2024

_George H. Wu_

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE